George R. Fisher for use of Kiniry, appellant, v. Associated Underwriters, Inc., appellee. Gen. No. 39,336.

Opinion filed March 16, 1938.

610

Miller, Gorham, Wales & Adams, for appellant; Herbert C. De Young, Charles F. White and Robert E. English, of counsel. Anson H. Brown, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.